UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD AKBARIAN,<br><br>        Plaintiff,<br><br>vs.<br><br>J.C. PENNEY PROPERTIES, INC.; and DOES 1 TO 10,<br><br>        Defendants. | CASE NO.  05 CV 1870-BTM (CAB)<br><br>**ORDER ON JOINT MOTION FOR DISMISSAL** |

Pursuant to the Joint Motion filed by the parties on March 5, 2007, requesting dismissal of this matter in light of the parties' recent settlement, the Court hereby orders as follows:

The parties' Joint Motion for Dismissal is granted and the matter dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: March 6, 2007        By: _____
                                                                  Judge of the U.S. District Court